Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
1990 N. California Blvd. 8th Floor
Walnut Creek, CA 94596
Tel: (925) 222-7071
Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
DONNIE CHARLES MULCAHY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONNIE CHARLES MULCAHY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-07238-SSC<br><br>~~[PROPOSED]~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $10,870.20 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:_6 Oct. 2026

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE